```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 03 B 52069
   JANNIS D HUDSON
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-2051


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/31/03 and confirmed on 03/26/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  10400.00 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                              PAID             PAID
-----------------------------------------------------------------------------
FORD MOTOR CREDIT CO       SECURED          6000.00           739.12          6000.00
AT&T                       UNSECURED       NOT FILED             .00              .00
AT&T                       UNSECURED       NOT FILED             .00              .00
CAPITAL ONE FINANCIAL      UNSECURED         474.77              .00            47.48
CAPITAL ONE FINANCIAL      UNSECURED       NOT FILED             .00              .00
CAPITAL ONE FINANCIAL      UNSECURED         863.26              .00            86.33
MIDWEST REGIONAL MED CTR   UNSECURED       NOT FILED             .00              .00
FIRST REVENUE ASSURANCE    UNSECURED       NOT FILED             .00              .00
ECAST SETTLEMENT CORPORA   UNSECURED         2833.87             .00           283.39
ECAST SETTLEMENT CORPORA   UNSECURED         3057.93             .00           305.79
DIVERSIFIED ADJUSTMENT S   UNSECURED       NOT FILED             .00              .00
FIRST REVENUE ASSURANCE    UNSECURED       NOT FILED             .00              .00
FORD MOTOR CREDIT CO       UNSECURED         5433.13             .00           543.31
         Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER           TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   6000.00         .00     12662.96         .00        18662.96
PRINCIPAL PAID       6000.00         .00      1266.30         .00         7266.30
INTEREST PAID         739.12         .00          .00         .00          739.12
TOTAL PAID           6739.12         .00      1266.30         .00         8005.42
The Debtor's attorney, THOMAS W DREXLER                 , was allowed $   2222.50
and was paid $    406.00   direct and $   1816.50   through the plan.

The Trustee received $     438.93 .

Refunds to the Debtor totaled $    139.15 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 09/09/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```